IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CARL VAN PUTTEN,                         :
                                         :
          Petitioner                     :
                                         :
     v.                                  :     CIVIL NO. 4:CV-16-647
                                         :
WARDEN EBBERT,                           :     (Judge Brann)
                                         :
          Respondent                     :

## ORDER

May 12, 2016

In accordance with the accompanying Memorandum, **IT IS HEREBY**

**ORDERED THAT**:

> 1.   Petitioner's in forma pauperis application is
>
>      **GRANTED**  for the sole purpose of the filing of this
>
>      action with this Court.
>
> 2.   Van Putten' habeas corpus petition is **DISMISSED** for
>
>      lack of jurisdiction.
>
> 3.   The Clerk of Court is directed to **CLOSE** this case.

4.      Based on the Court's conclusion herein, there is no

basis for the issuance of a certificate of  appealability.


BY THE COURT:

  s/ Mathew W. Brann
Matthew W. Brann
United States District Judge